No. 302. PALMER ET AL., TRUSTEES OF THE PROPERTY OF OLD COLONY RAILROAD CO., v. PALMER ET AL., TRUS-

TEES OF THE PROPERTY OF NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. ET AL.; and

No. 321. PALMER ET AL., TRUSTEES OF THE PROPERTY OF NEW YORK, NEW HAVEN & HARTFORD RAILROAD Co. ET AL. *v.* PALMER ET AL., TRUSTEES OF THE PROPERTY OF OLD COLONY RAILROAD Co. October 16, 1939. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Robert G. Dodge* and *Oscar M. Shaw* for the Trustees of the Old Colony R. Co. *Mr. Hermon J. Wells* for the Trustees of the New York, N. H. & H. R. Co. Reported below: 104 F. 2d 161.